# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 23-35315

**Case Name:** Cloanto Corporation et al v Hyperion Entertainment C.V.B.A

**Hearing Location (city):** Seattle (preferred), San Francisco (as an alternative)

**Your Name:** Gordon E. R. Troy

List the sitting dates for the two sitting months you were asked to review:

May & June 2025

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Co-Counsel Michael Atkins is unavailable in the month of May due to his travel schedule. I have prior commitments for the first week of June.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** s/ Gordon E. R. Troy   **Date:** 1/23/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**　　　　　　　　　　　　　　　　　　　　　　　　　　　　*New 12/01/2018*