# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**

23-35315 | Cloanto Corporation, et al v. Hyperion Entertainment C.V.B.A.

**Case Name**

Seattle (preferred), San Francisco (as an alternative)

Hearing Location (*city*)

Your Name | Gordon E.R Troy

List the sitting dates for the two sitting months you were asked to review:

June & July 2025

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Co-Counsel Michael Atkins is unavailable June 2-4, July 2-3, July 14-18

Gordon Troy is unavailable June 2-6 and July 7

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Gordon E. R. Troy **Date** 2/25/2025

(*use "s/[typed name]" to sign electronically-filed documents*)

**Form 32** *New 12/01/2018*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** *New 12/01/2018*