UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CLOANTO CORPORATION; et al.,

      Plaintiffs - Appellants,

 v.

HYPERION ENTERTAINMENT C.V.B.A.,

      Defendant - Appellee.

No. 23-35315

D.C. Nos. 2:18-cv-00381-RSM, 2:18-cv-00535-RSM

U.S. District Court for Western Washington, Seattle

**ORDER**

At the direction of the Court, each party shall bear its own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT